People v Pizarro
2026 NY Slip Op 03984
June 24, 2026
Appellate Division, Second Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,
v
Annamaria Pizarro, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department
Decided on June 24, 2026
2023-09081, (Ind. No. 72110/23)
Francesca E. Connolly, J.P.
Linda Christopher
Helen Voutsinas
Laurence L. Love
Elena Goldberg Velazquez, JJ.

Twyla Carter, New York, NY (William B. Carney of counsel), for appellant.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, Christopher J. Blira-Koessler, and Michael C. Goga of counsel), for respondent.

[*1]
DECISION & ORDER
Appeal by the defendant, as limited by her motion, from a sentence of the Supreme Court, Queens County (Michael J. Yavinsky, J.), imposed September 19, 2023, upon her plea of guilty, on the ground that the sentence was excessive.
ORDERED that the sentence is affirmed.
Contrary to the defendant's contention, the sentence imposed was not excessive (see People v Suitte, 90 AD2d 80).
CONNOLLY, J.P., CHRISTOPHER, VOUTSINAS, LOVE and GOLDBERG VELAZQUEZ, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court